B6A (Official Form 6A) (12/07)

In re    **Jonathon Sly Martinez**                          Case No.    **12-70149-HDH-13**
         **Lauren Beth Martinez**                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Jonathon Sly Martinez**                           Case No.   **12-70149-HDH-13**
          **Lauren Beth Martinez**                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Convenience Bank Checking Acct | C | ($600.00) |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and furnishings | C | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | $100.00 |
| 7. Furs and jewelry. | | Wedding Ring | C | $400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 40 Caliber Smith & Weston | C | $250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Jonathon Sly Martinez**            Case No.   **12-70149-HDH-13**
      **Lauren Beth Martinez**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jonathon Sly Martinez**              Case No. **12-70149-HDH-13**

        **Lauren Beth Martinez**                             (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Dodge 1500 Pick up | C | $15,000.00 |
| | | 2008 Pontiac G6 Sedan | C | $5,686.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Jonathon Sly Martinez**                                      Case No.   **12-70149-HDH-13**
         **Lauren Beth Martinez**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | 1998 Chrysler Sebring | C | $5,097.00 |
| | | 2001 Ford Mustang (Not Running) | C | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached       **Total >**      **$27,433.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Jonathon Sly Martinez**                    Case No.  **12-70149-HDH-13**
**Lauren Beth Martinez**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                 $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Household goods and furnishings | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $100.00 | $100.00 |
| Wedding Ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $400.00 | $400.00 |
| 40 Caliber Smith & Weston | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $250.00 | $250.00 |
| 2001 Ford Mustang (Not Running) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $1,000.00 | $1,000.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced on or after the date of adjustment.* | | **$2,250.00** | **$2,250.00** |

B6D (Official Form 6D) (12/07)

In re **Jonathon Sly Martinez**
**Lauren Beth Martinez**

Case No. **12-70149-HDH-13**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxxx1001<br><br>**Exeter Finance Corp**<br>**222 Las Colinas Blvd W**<br>**Irving, TX 75039** | X | C | DATE INCURRED: **08/2010**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2007 Dodge 1500 Pickup**<br>REMARKS:<br><br>VALUE: **$15,000.00** | | | | **$16,260.00** | **$1,260.00** |
| ACCT #: xxxxxxxx6055<br><br>**Herring Bank**<br>**1900 Pease St**<br>**Vernon, TX 76384** | X | C | DATE INCURRED: **03/2011**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**96 Chevrolet Pick-up & 94 Nissan P**<br>REMARKS:<br>**Surrender**<br><br>VALUE: **$6,386.00** | | | | **$6,386.00** | |
| ACCT #: xxxxxxxx1619<br><br>**Herring Bank**<br>**1900 Pease St**<br>**Vernon, TX 76384** | | C | DATE INCURRED: **05/2008**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2008 Pontiac G6 Sedan**<br>REMARKS:<br>**Surrender**<br><br>VALUE: **$5,686.00** | | | | **$5,686.00** | |
| ACCT #: xxxxxxxx0053<br><br>**Waggoner National Bank**<br>**1818 Texas St**<br>**Vernon, TX 76384** | X | C | DATE INCURRED: **04/2006**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**1998 Chrysler Sebring**<br>REMARKS:<br>**Surrender**<br><br>VALUE: **$5,097.00** | | | | **$5,097.00** | |

Subtotal (Total of this Page) > **$33,429.00** **$1,260.00**

Total (Use only on last page) > **$33,429.00** **$1,260.00**

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/10)

In re   **Jonathon Sly Martinez**                              Case No.   **12-70149-HDH-13**
         **Lauren Beth Martinez**                                  (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached shee

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re   **Jonathon Sly Martinez**                          Case No.   **12-70149-HDH-13**
         **Lauren Beth Martinez**                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Monte J. White & Associates**<br>**1106 Brook Ave**<br>**Wichita Falls TX  76301** | | C | DATE INCURRED: **03/20/2012**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$2,706.00** | **$2,706.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$2,706.00** | **$2,706.00** | **$0.00** |

| Total > | **$2,706.00** | | |
|---|---|---|---|

(Use only on last page of the completed Schedule E.

| Totals > | | **$2,706.00** | **$0.00** |
|---|---|---|---|

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re **Jonathon Sly Martinez**                                    Case No. **12-70149-HDH-13**
**Lauren Beth Martinez**                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx4692**<br>**ACE**<br>**1231 Greenway Dr**<br>**Ste 600**<br>**Irving, TX 75038** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,332.99 |
| ACCT #: **xxxx9673**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $2,167.60 |
| ACCT #: **xxxx2938**<br>**AT & T**<br>**P.O. Box 650661**<br>**Dallas, Texas 75265-0661** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1.00 |
| ACCT #: **xxxx5290**<br>**Base Credit**<br>**26254 1h West**<br>**Boerne, TX 78006** | | C | DATE INCURRED: **12/01/2005**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $375.00 |
| ACCT #: **xxxx2938**<br>**Bay Area Credit Service LLC**<br>**1901 W 10th St**<br>**Antioch, CA 94509** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $190.79 |
| ACCT #: **xx1159**<br>**Breland Health & Rehab Group Inc**<br>**208 S. Red River Expressway Ste E**<br>**Burkburnett, TX 76354** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $64.28 |
| | | | | | | Subtotal > | $4,131.66 |

_____**6**_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathon Sly Martinez**                     Case No. **12-70149-HDH-13**
**Lauren Beth Martinez**                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x1179** <br> **Burns & Carlisle Inc** <br> **PO Box 1460** <br> **Sulphur Springs, TX 75483-1460** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $70.66 |
| ACCT #: **xxxxxxxxxxxxx7535** <br> **Chase** <br> **National Payment Services** <br> **PO Box 182223** <br> **Columbus, OH 43218** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $514.68 |
| ACCT #: <br> **Clarke Eyecare Ctr. LLP** <br> **4314 Kemp Blvd** <br> **Wichita Falls, TX 76301** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $269.24 |
| ACCT #: **xxxxx0796** <br> **Continental/aka Security Finance Corp** <br> **SFC Central Bank/Continental loans** <br> **PO Box 1893** <br> **Spartansburg, SC 29304** | | C | DATE INCURRED: **07/15/2011** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $1,013.00 |
| ACCT #: **xxxxxx9125** <br> **Corpra Care, Inc** <br> **Exclusive Medical Collectors** <br> **PO Box 941269** <br> **Houston, TX 77094** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $1.00 |
| ACCT #: **xxxx7804** <br> **Credit Collections Srv.** <br> **PO Box 9134** <br> **Needham, MA 02494** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $179.00 |

Sheet no. ___1___ of __6__ continuation sheets attached to                                            Subtotal >        $2,047.58
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathon Sly Martinez**                                      Case No.   **12-70149-HDH-13**
        **Lauren Beth Martinez**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxx9049<br>**Dept Of Education/neln**<br>**121 S 13th St**<br>**Lincoln, NE 68508** | | C | DATE INCURRED:  **08/2009**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $36,355.00 |
| ACCT #:<br>**Eugene Pak, MD, PA**<br>**1722 Ninth St**<br>**Wichita Falls, TX 76301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $316.43 |
| ACCT #:   xxxxx1104<br>**Executive Services**<br>**PO Box 2248**<br>**Wichita Falls, TX 76307** | | C | DATE INCURRED:  **02/2010**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $249.00 |
| ACCT #:   x9968<br>**Hayley Eye Clinic of Vernon**<br>**2201 Paradise St**<br>**Vernon, TX 76384** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $223.90 |
| ACCT #:   xxxxxxxxx6055<br>**Herring Bank**<br>**1900 Pease St**<br>**Vernon, TX 76384** | | C | DATE INCURRED:  **03/2011**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $6,386.00 |
| ACCT #:   xxxxxxxxxx6497<br>**KTX Emergency Physicians**<br>**PO Box 98596**<br>**Las Vegas, NV 89193** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $659.00 |

Sheet no.   **2**        of **6**              continuation sheets attached to                              **Subtotal >**        | $44,189.33
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                       **Total >**
                                                            **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jonathon Sly Martinez**                    Case No.   **12-70149-HDH-13**
       **Lauren Beth Martinez**                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Lindsay Streit RN FNP**<br>**4301 College Drive #600**<br>**Vernon, TX 76384** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $78.03 |
| ACCT #:  **xxxxxxx9356**<br>**Memorial Hospital**<br>**115 Airport Rd**<br>**Sulphur Springs, TX 75482** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $12.64 |
| ACCT #:  **xxxxx2958**<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1,870.00 |
| ACCT #:  **xxx9918**<br>**Miramedrg**<br>**991 Oak Creek Dr**<br>**Lombard, IL 60148** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $162.00 |
| ACCT #:  **xxxxxx09N1**<br>**Osi Collection Service**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED:  **06/2011**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $764.00 |
| ACCT #:<br>**Progressive Insurance**<br>**Credit Collections**<br>**PO Box 52677**<br>**Phoenix, AZ 85072** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1.00 |

Sheet no.  **3**          of **6**          continuation sheets attached to          Subtotal >          $2,887.67
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathon Sly Martinez**            Case No. **12-70149-HDH-13**
      **Lauren Beth Martinez**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x3403**<br>**Radiology Associates**<br>**808 Brook Avenue**<br>**Wichita Falls, Texas 76301-4289** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$3.04** |
| ACCT #: **xxxxxx3884**<br>**Second Round Lp**<br>**4150 Friedrich Lane Suit**<br>**Austin, TX 78744** | | C | DATE INCURRED: **09/2009**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1,806.00** |
| ACCT #: **xxxx6030**<br>**Southwest Credit Syste**<br>**4120 International Parkway Suite 1100**<br>**Carrollton, TX 75007** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$225.00** |
| ACCT #:<br>**The Cash Store**<br>**811 Hillcrest Dr.**<br>**Vernon, TX 76384** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Titanium Billing**<br>**706 Denver St.**<br>**Wichita Falls, Texas 76301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xxx4829**<br>**Torres Credit Services,Inc**<br>**PO Box 189**<br>**Carlisle, PA 17013-0189** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$684.78** |

Sheet no. **4** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$2,720.82**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jonathon Sly Martinez**                                    Case No.  **12-70149-HDH-13**
      **Lauren Beth Martinez**                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**United Regional Health Care Systems**<br>**1600 11th Street**<br>**Wichita Falls, Texas 76301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $721.72 |
| ACCT #:<br>**US Cellular**<br>**PO Box 650684**<br>**Dallas, TX 75365-0684** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1.00 |
| ACCT #:<br>**Verizon**<br>**P O Box 142319**<br>**Irving, TX 75014-2319** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Verizon Wireless**<br>**618 Grassmere Park, Ste 14**<br>**Nashville, TN 37211** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $1.00 |
| ACCT #:<br>**Western Finance**<br>**3719 Wilbarger Street**<br>**Vernon, TX 76384** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $106.00 |
| ACCT #:  **xxxxxxxxxZ001**<br>**Western Shamrock Corporation**<br>**Attention:  Bankruptcy**<br>**801 S Abe St.**<br>**San Angelo, TX 76903** | | C | DATE INCURRED:  **07/2011**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | $215.00 |

Sheet no. __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         **Subtotal >** | $1,044.72

                                         **Total >**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jonathon Sly Martinez**  Case No. **12-70149-HDH-13**
      **Lauren Beth Martinez**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx2201**<br>**World Acceptance Corp**<br>**1521 Main St**<br>**Vernon, TX 76384** | | C | DATE INCURRED: **08/2011**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1,295.00** |
| ACCT #: **3237**<br>**WTU Retail Energy**<br>**P O Box 21588**<br>**Tulsa, OK 74121-1588** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$1.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. **6** of **6** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** | **$1,296.00**

**Total >** | **$58,317.78**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Jonathon Sly Martinez**                                                    Case No.    **12-70149-HDH-13**
     **Lauren Beth Martinez**                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Jonathon Sly Martinez**                                    Case No.   **12-70149-HDH-13**
        **Lauren Beth Martinez**                                                      (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jonathan Sly Martinez**<br>987 Victoria Dr<br>Burkburnett, TX 76354 | **Exeter Finance Corp**<br>222 Las Colinas Blvd W<br>Irving, TX 75039 |
| **Jonathan Sly Martinez**<br>987 Victoria Dr<br>Burkburnett, TX 76354 | **Herring Bank**<br>1900 Pease St<br>Vernon, TX 76384 |
| **Jonathan Sly Martinez**<br>987 Victoria Dr<br>Burkburnett, TX 76354 | **Waggoner National Bank**<br>1818 Texas St<br>Vernon, TX 76384 |
| **Lauren Beth Martinez**<br>987 Victoria Dr<br>Burkburnett, TX 76354 | **Exeter Finance Corp**<br>222 Las Colinas Blvd W<br>Irving, TX 75039 |
| **Lauren Beth Martinez**<br>987 Victoria Dr<br>Burkburnett, TX 76354 | **Herring Bank**<br>1900 Pease St<br>Vernon, TX 76384 |
| **Lauren Beth Martinez**<br>987 Victoria Dr<br>Burkburnett, TX 76354 | **Waggoner National Bank**<br>1818 Texas St<br>Vernon, TX 76384 |

B6I (Official Form 6I) (12/07)

In re  **Jonathon Sly Martinez**                         Case No. **12-70149-HDH-13**

             **Lauren Beth Martinez**                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Daughter | Age(s): 8<br>6<br>2 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Night Stock | Nurse |
| Name of Employer | United Supermarket | Angels of Care |
| How Long Employed | 5 yrs | 1 yr |
| Address of Employer | PO Box 6840<br>Lubbock, TX 79493 | PO Box 338<br>Howe, TX 75459 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,990.93 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $1,990.93 | $0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $161.81 | $0.00 |
| | b. Social Security Tax | $63.49 | $0.00 |
| | c. Medicare | $22.49 | $0.00 |
| | d. Insurance | $413.17 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement   Voluntary | $20.31 | $0.00 |
| | g. Other (Specify)  Dental & Vison | $70.76 | $0.00 |
| | h. Other (Specify)  Life Ins | $0.68 | $0.00 |
| | i. Other (Specify)  Auto Ins | $241.13 | $0.00 |
| | j. Other (Specify)  United Way | $4.50 | $0.00 |
| | k. Other (Specify)  Purchasing Power | $146.97 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $1,145.31 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $845.62 | $0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $636.00 |
| 11. | Social security or government assistance (Specify): | | |
| | | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Part-time Job | $355.13 | $0.00 |
| | b. | $0.00 | $0.00 |
| | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $355.13 | $636.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $1,200.75 | $636.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $1,836.75 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**none, Using monthly average for Debtor's income for both jobs, Co-Debtor lost job currently looking for wok.**

B6J (Official Form 6J) (12/07)

IN RE: **Jonathon Sly Martinez**
      **Lauren Beth Martinez**

Case No.   **12-70149-HDH-13**
               (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of
   expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $500.00 |
|    a. Are real estate taxes included?   ☐ Yes  ☑ No | |
|    b. Is property insurance included?   ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $75.00 |
|            b. Water and sewer | $50.00 |
|            c. Telephone | $95.00 |
|            d. Other:  cable & internet | $50.00 |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $469.75 |
| 5. Clothing | |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto: | |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, | **$1,439.75** |
|     if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this
document:  **none**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $1,836.75 |
| b. Average monthly expenses from Line 18 above | $1,439.75 |
| c. Monthly net income (a. minus b.) | $397.00 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

In re    **Jonathon Sly Martinez**                                   Case No.    **12-70149-HDH-13**
**Lauren Beth Martinez**

Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $27,433.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $33,429.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,706.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $58,317.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,836.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,439.75 |
| TOTAL | | 20 | $27,433.00 | $94,452.78 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

In re   **Jonathon Sly Martinez**
        **Lauren Beth Martinez**

Case No.   **12-70149-HDH-13**

Chapter   **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$1,836.75** |
| Average Expenses (from Schedule J, Line 18) | **$1,439.75** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$5,945.47** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$1,260.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$2,706.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$58,317.78** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$59,577.78** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Jonathon Sly Martinez**                                        Case No.  **12-70149-HDH-13**
      **Lauren Beth Martinez**                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of                **22**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **5/2/2012**                                        Signature  **/s/ Jonathon Sly Martinez**
                                                               **Jonathon Sly Martinez**

Date **5/2/2012**                                        Signature  **/s/ Lauren Beth Martinez**
                                                               **Lauren Beth Martinez**
                                                               [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*